# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN VALDERAMA-MANCILLA,<br><br>Defendant. | Case No. 19CR2959-LAB<br><br>JUDGMENT OF DISMISSAL |

FILED SEP 20 2019 CLERK, U.S DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 8:1326(a) - Removed Alien Found in the United States (Felony) (1)

Dated: 9/20/19

Hon. Allison H. Goddard
United States Magistrate Judge